FILED
 2016 Sep-06  AM 11:12
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LIEUTENANT JOHNSON, | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 7:15-cv-00659-RDP |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant | ) ) |

## MEMORANDUM OPINION

On August 17, 2016, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant. After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this _____6th_____ day of September, 2016.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE